IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAUL REYES,

     Appellant,

v.

OCASA, INC., AND CNA
INSURANCE,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-453

_____/

Opinion filed August 12, 2014.

An appeal from an order of the Judge of Compensation Claims.
Donna S. Remsnyder, Judge.

Date of Accident: November 12, 2012

Mark L. Zientz of the Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Michael Arington of Eraclides, Gelman, Hall, Indek, Goodman & Waters, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.